WALTER F. BROWN (STATE BAR NO. 130248)
wbrown@orrick.com
MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
RANDY LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

Attorneys for Defendant
Katherine Mogal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>         v.<br><br>Katherine Mogal, et. al.,<br><br>                Defendants. | Case No. CR-18-259 (BLF)<br><br>**STIPULATION TO MODIFICATION OF BOND CONDITIONS** |

   WHEREAS on July 16, 2018, Defendants Katherine Mogal, Ana Rosario, Patrick Narron, Patricio Romano, Audrey Zhang, and Gee Wieden (collectively, the "Defendants") appeared before the Court for arraignment;

   WHEREAS Ms. Mogal was arraigned first and after oral argument by the United States and counsel for Ms. Mogal, the Court ordered a temporary $50,000 unsecured bond and set a hearing for July 23, 2018, to reconsider the bond conditions in light of forthcoming input by the Pretrial Services Department;

   WHEREAS thereafter, the other Defendants were each arraigned individually, with the United States and each of them agreeing to identical bond conditions, which included the standard

bond conditions plus a $100,000 unsecured bond and a requirement to notify the United States Attorney's Office of any international travel at least seven days prior to travel;

WHEREAS the United States and Ms. Mogal (together, the "Parties") agree that Ms. Mogal should be treated identically to the other Defendants with respect to the bond conditions imposed; and

WHEREAS in light of that agreement the Parties further agree that there is no longer a need for the Pretrial Services Department to interview Ms. Mogal or for the Parties to return for the previously set bail preview hearing on July 23, 2018;

**NOW THEREFORE IT IS HEREBY STIPULATED**, by and between the undersigned counsel for the United States and counsel for Ms. Mogal that Ms. Mogal's bond conditions shall be modified to the following:

1. A $100,000 unsecured bond;
2. Pretrial supervision limited to a requirement that Ms. Mogal notify the United States' Attorney's Office for the Northern District of California at least seven days prior to any international travel; and
3. The other standard bond conditions.

**IT IS SO STIPULATED.**

Dated: July 17, 2018                               ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/ Walter F. Brown_____
WALTER F. BROWN
MELINDA HAAG
RANDY LUSKEY
Attorneys for Defendant

| | | |
|---|---|---|
| 1 | Dated: July 17, 2018 | UNITED STATES ATTORNEY'S OFFICE |
| 2 | | ALEX G. TSE |
| 3 | | Acting United States Attorney |

/s/ Amie D. Rooney
AMIE D. ROONEY
Assistant United States Attorney

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. THE HEARING PREVIOUSLY SET FOR JULY 23, 2018, IS HEREBY VACATED.

Dated: July 18, 2018

_____
HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE