WALTER F. BROWN (STATE BAR NO. 130248)
wbrown@orrick.com
MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
RANDY LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
Katherine Mogal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Katherine Mogal, et. al.,<br><br>    Defendants. | Case No. CR-18-259 (BLF)<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISQUALIFY** |

WHEREAS on August 3, 2018, the United States filed a Motion to Disqualify Randall Luskey, Esq. and Orrick, Herrington & Sutcliffe, LLP as counsel to Katherine Mogal, Dkt. No. 23 (the "Motion to Disqualify");

WHEREAS the hearing on the Motion to Disqualify is currently set for September 18, 2018;

WHEREAS counsel for the United States and counsel for Ms. Mogal have met and conferred and agreed to extend the briefing schedule in light of the hearing date;

**NOW THEREFORE IT IS HEREBY STIPULATED,** by and between the undersigned counsel for the United States and counsel for Ms. Mogal that the briefing schedule on the Motion

to Disqualify shall be as follows:

    1. Ms. Mogal's opposition brief shall be due on or before August 24, 2018;

    2. The United States' reply brief, if needed, shall be due on or before September 7, 2018; and

    3. The hearing on the Motion to Disqualify shall remain on September 18, 2018.

**IT IS SO STIPULATED.**

Dated: August 7, 2018　　　　　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP


By:     /s/ Walter F. Brown
    WALTER F. BROWN
    MELINDA HAAG
    RANDY LUSKEY
    Attorneys for Defendant


Dated: August 7, 2018　　　　　　　　　　　　UNITED STATES ATTORNEY'S OFFICE

ALEX G. TSE
United States Attorney


    /s/ Amie D. Rooney
    AMIE D. ROONEY
    Assistant United States Attorney

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August ___, 2018

---
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY US MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On August 7, 2018, I served the following document(s):

**STIPULATION TO MODIFICATION OF BOND CONDITIONS**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Miles Ehrlich<br>Ramsey & Ehrlich<br>803 Hearst Avenue<br>Berkeley, CA  94710<br><br>E-mail  miles@ramsey-ehrlich.com<br>(510) 548-3600<br><br>**Counsel for Patrick Narron** | |
| Angela Machala<br>Scheper Kim & Harris<br>601 West Fifth St., 12th Fl.<br>Los Angeles, CA  90071-2025<br><br>E-mail  dscheper@scheperkim.com<br>(213) 613-4655<br><br>**Counsel for Patricia Romano** | |

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of mail.

1

2   I declare under penalty of perjury that the foregoing is true and correct.

3   Executed on August 7, 2018, at San Francisco, California.

4

5                                                         *Angela Wills*
                                                          ANGELA WILLS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
STIPULATION TO MODIFY BRIEFING
SCHEDULE ON MOTION TO DISQUALIFY
CR-18-259 BLF