MILES F. EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL J. RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY E. CRAIG (SBN 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Patrick Narron*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHERINE MOGAL<br>ANA ROSARIO<br>PATRICK NARRON<br>PATRICIO ROMANO<br>RONG "AUDREY" ZHANG, and<br>JING QUI "GEE" WEIDEN<br><br>　　　　Defendants. | Case No.: CR 18-00259 BLF<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER FOR RELEASE OF SELECT GRAND JURY TRANSCRIPTS** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Patrick Narron, on behalf of himself and his co-defendants, hereby moves the Court for an order authorizing the release of select grand jury transcripts, identified herein, under Federal Rule of Criminal Procedure Rule 6(e)(3)(E)(i). The government does not object to this motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Narron and his five co-defendants are charged with possession of stolen trade secrets in violation of 18 U.S.C. 1832(a)(3). Dkt. #1. The indictment alleges that fourteen separate trade secrets, identified as Jawbone Trade Secrets A through N, were stolen. *Id.* Mr. Narron, on behalf of all of the defendants, requests that the Court authorize the release of the grand jury transcripts that set forth the description of each of the trade secrets alleged to be stolen, A through N, as relayed to the grand jury, and ultimately charged in the indictment. This request is narrowly tailored to address just those portions of the grand jury transcripts that describe the trade secrets at issue (identified as Jawbone Trade Secrets A through N in the indictment). To the extent the relevant portions of the grand jury transcripts contain material unrelated to the description of the trade secrets, such sections may be redacted. The parties agree that any grand jury transcripts disclosed will be subject to a "confidential" designation and subject to the protective order governing this case, and therefore will not be shared or used for any purpose unrelated to the instant litigation. Further, because the indictment identifying the trade secrets at issue has already been returned and made public, the need to maintain the secrecy of the requested grand jury transcripts has been lessened.

Federal Rule of Criminal Procedure 6(e)(3)(E)(i) provides that "[t]he court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter . . . in connection with a judicial proceeding." Fed. Rule of Crim. Proc. 6(e)(3)(E)(i). The parties agree that the release of the grand jury transcripts containing the descriptions of the trade secrets charged in the indictment will help expedite the discovery process and assist the parties in moving this matter forward in an expeditious manner.

Mr. Narron waives his right to a hearing on this matter and requests that the Court grant the request without hearing. The government has no opposition to this request, or the underlying motion. The government has notified counsel for Jawbone regarding the anticipated unsealing of the select portions of the grand jury transcripts identified in this request.

Dated: October 31, 2018						Respectfully Submitted,

								RAMSEY & EHRLICH LLP

								/s/_____

								MILES F. EHRLICH
								ISMAIL RAMSEY
								AMY CRAIG

								*Attorneys for Defendant Patrick Narron*

APPROVED AS TO FORM.

Dated: October 31, 2018						/s/_____
								AMIE D. ROONEY
								Assistant United States Attorney

[PROPOSED] ORDER

  For good cause show, and based on the stipulation of the parties, the Court ORDERS that the grand jury transcripts that contain the description of the trade secrets charged in the indictment, identified as Jawbone Trade Secrets A through N, be disclosed to the defendants pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i).

IT IS SO ORDERED.

_____						_____
DATED									BETH LABSON FREEMAN
									United States District Judge