# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KATHERINE MOGAL,<br>Defendant. | Case No. 18-cr-00259-BLF-1<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO SEAL**<br>[Re: ECF 38] |

Defendant Jing Qi Weiden moves to file under seal Exhibit 1 to her pending motion to dismiss, the Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bonding by Administrative Law Judge Dee Lord, United States International Trade Commission, August 23, 2016 ("the Determination"). *See* Mot. at 1–2, ECF 38. Ms. Weiden seeks to seal the Determination for three reasons: (1) it is subject to Order No 1: Protective Order, entered Aug. 21, 2015, Investigation No. 337-TA-963, In the Matter of CERTAIN ACTIVITY TRACKING DEVICES, SYSTEMS, AND COMPONENTS THEREOF (United States International Trade Commission); (2) it is subject to a sealing order signed by the Honorable Richard B. Ulmer in *Aliphcom, Inc. v. Fitbit, Inc.*, No. CGC-15-546004 (San Francisco Superior Ct. Jan. 13, 2017); and (3) it contains confidential business information. *Id.* However, Ms. Weiden has not provided the Court with a copy of the protective order, a copy of the state court sealing order, or a declaration attesting to the types of confidential business information included in the Determination. Even Ms. Weiden's counsel's declaration in support of sealing states only that her attorney believes there is a protective order and a state court sealing order "to the best of [his] knowledge." *See* Cohen. Decl. ISO Mot. ¶ 4, ECF 38-1. Likewise, Ms. Weiden cites no legal precedent in support of her request. Given these deficiencies, the motion is

DENIED WITHOUT PREJUDICE to refiling with sufficient factual support. Ms. Weiden is to file an amended motion or the unsealed document in the record **on or before November 21, 2018**, in accordance with Crim. L.R. 56-1(d).

**IT IS SO ORDERED.**

Dated: November 14, 2018

_____
BETH LABSON FREEMAN
United States District Judge