ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

AMIE D. ROONEY (CABN 215324)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Amie.Rooney@usdoj.gov

FILED
DEC - 3 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KATHERINE MOGAL,<br>ANA ROSARIO,<br>PATRICK NARRON,<br>PATRICIO ROMANO,<br>RONG "AUDREY" ZHANG, and<br>JING QUI "GEE" WEIDEN,<br><br>    Defendants. | CASE NO. CR18-0259-BLF<br><br>JOINT [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 18, 2018 TO DECEMBER 11, 2018 |

    The defendants, KATHERINE MOGAL, represented by Walter Brown and Randy Luskey, ANA ROSARIO, represented by Ed Swanson and August Gugelmann, PATRICK NARRON, represented by Miles Ehrlich and Amy Craig, PATRICIO ROMANO, represented by David Scheper and Angela Machala, RONG ZHANG, represented by William Keane and Janice Reacher, and JING QUI WEIDEN, represented by Josh Cohen and Jonathan Baum, and the government, represented by Assistant United States Attorney Amie D. Rooney, appeared before the Court on September 18, 2018, for a status conference. During this hearing, defense counsel and the government jointly requested a continuance of

ORDER EXLUDING TIME
Case No. 18-CR-0259-BLF

the matter until December 11, 2018, for the review of discovery, filing of motions, and effective preparation of defense counsel.

The matter was continued to December 11, 2018 at 10:00 AM for a Motion Hearing and Status. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 18, 2018 and December 11, 2018, would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 18, 2018 and December 11, 2018 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between September 18, 2018, through and including December 11, 2018, shall be excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: Dec. 3, 2018

HON. BETH LABSON FREEMAN
United States District Judge