# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MOGAL, et al.,<br><br>Defendant. | Case No. 18-cr-00259-BLF-1<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO REQUEST CONTINUANCE OF HEARING DATE**<br><br>[Re: ECF 90] |

The parties have filed a stipulation to continue the hearing date on Defendants' forthcoming motion for bill of particulars to August 20, 2019 at 10:00 a.m. The Court is in trial throughout August and September, and thus unavailable at 10:00 a.m. The Court is also not available at any time on August 20, 2019. As such, the stipulation is DENIED WITHOUT PREJUDICE. The parties may resubmit an amended stipulation to set the hearing date and time at 8:00 a.m. on any Tuesday in August or September, except August 20, 2019.

**IT IS SO ORDERED.**

Dated: June 14, 2019

_____
BETH LABSON FREEMAN
United States District Judge