# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MOGAL,<br><br>Defendant. | Case No.  18-cr-00259-BLF-1<br><br>**ORDER REQUIRING GOVERNMENT RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS THE INDICTMENT BY DECEMBER 10, 2019**<br><br>[Re: ECF 144] |

On December 7, 2019, Defendant Katherine Mogal file a motion for leave to dismiss the indictment, arguing that her motion to dismiss the indictment is based on grand jury testimony that was not received until after the Court's filing deadline for dispositive motions.  ECF 144.  The Government SHALL respond to whether the case schedule should be changed **by December 10, 2019.**

**IT IS SO ORDERED.**

Dated: December 9, 2019

_____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California