**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KATHERINE MOGAL,<br><br>    Defendant. | Case No. 18-cr-00259-BLF-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS THE INDICTMENT**<br><br>[Re: ECF 144] |

On December 7, 2019, Defendant Katherine Mogal filed a Motion for Leave to File Motion to Dismiss. ECF 144. Having reviewed the motion and accompanying materials, the Court finds good cause and hereby GRANTS Defendant's motion for leave to file a motion to dismiss the indictment. The Court DEEMS Defendant's Motion to Dismiss the Indictment to be filed on December 7, 2019. ECF 144-3.

The Court SETS the hearing on Defendant's motion for January 16, 2020 at 1:30 P.M. The Government SHALL submit its opposition brief **by December 27, 2019**, and any reply from Defendant SHALL be submitted **January 3, 2020.**

Transcripts must be submitted in single-page format; transcripts in the 4-in-1 format, in which 4 pages of transcript are reduced to fit on a single document. Previously submitted 4-in-1 format depositions will be reviewed; the Court requests future filings comply with the single page requirement. The parties must also highlight in yellow the cited portions of depositions or other lengthy documents. Lastly, the parties are reminded that footnotes must be double-spaced and in twelve-point font.

**IT IS SO ORDERED.**

Dated: December 10, 2019

_____
BETH LABSON FREEMAN
United States District Judge