FILED
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KATHERINE MOGAL,<br><br>    Defendant. | ) CASE NO. CR 18-00259 BLF<br>)<br>) **VERDICT FORM**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### FIRST COUNT: 18 U.S.C. § 1832(a)(3)

1. We, the Jury, unanimously find Defendant Katherine Mogal

    NOT GUILTY _X_                GUILTY ____

of Possession of Stolen Trade Secrets, specifically Trade Secret A (Audio Now Study), on a date unknown between March 17, 2015, and October 2015, in violation of 18 U.S.C. § 1832(a)(3), as charged in Count One of the Indictment.

//
//
//
//
//

AMENDED Joint Proposed Verdict Form
CR 18-00259 BLF

**SECOND COUNT: 18 U.S.C. § 1832(a)(3)**

2.   We, the Jury, unanimously find Defendant Katherine Mogal

   NOT GUILTY  X      GUILTY _____

of Possession of Stolen Trade Secrets, specifically Trade Secret B (Chinese User Market Study), on a date unknown between March 17, 2015, and October 2015, in violation of 18 U.S.C. § 1832(a)(3), as charged in Count Two of the Indictment.

**THIRD COUNT: 18 U.S.C. § 1832(a)(3)**

3.   We, the Jury, unanimously find Defendant Katherine Mogal

   NOT GUILTY  X      GUILTY _____

of Possession of Stolen Trade Secrets, specifically Trade Secret J (Daily Diary Study), on a date unknown between March 17, 2015, and October 2015, in violation of 18 U.S.C. § 1832(a)(3), as charged in Count Ten of the Indictment.

**FOURTH COUNT: 18 U.S.C. § 1832(a)(3)**

4.   We, the Jury, unanimously find Defendant Katherine Mogal

   NOT GUILTY  X      GUILTY _____

of Possession of Stolen Trade Secrets, specifically Trade Secret K (User Segmentation Study), on a date unknown between March 17, 2015, and October 2015, in violation of 18 U.S.C. § 1832(a)(3), as charged in Count Eleven of the Indictment.

**FIFTH COUNT: 18 U.S.C. § 1832(a)(3)**

5.   We, the Jury, unanimously find Defendant Katherine Mogal

   NOT GUILTY  X      GUILTY _____

of Possession of Stolen Trade Secrets, specifically Trade Secret L (Lifestyle Tracker Shopper Journey Study), on a date unknown between March 17, 2015, and October 2015, in violation of 18 U.S.C. § 1832(a)(3), as charged in Count Twelve of the Indictment.

**SIXTH COUNT: 18 U.S.C. § 1832(a)(3)**

6.    We, the Jury, unanimously find Defendant Katherine Mogal

        NOT GUILTY __X__           GUILTY _____

of Possession of Stolen Trade Secrets, specifically Trade Secret M (International Tracker Market Study), on a date unknown between March 17, 2015, and October 2015, in violation of 18 U.S.C. § 1832(a)(3), as charged in Count Thirteen of the Indictment.

DATED: 3 Feb 2020

_Von M. Bringhurst_
JURY FOREPERSON

_Von M. B[...]_

AMENDED Joint Proposed Verdict Form    3
CR 18-00259 BLF