AO 254A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
|---|---|
| V. | |
| KATHERINE MOGAL | Case Number: 5:18-cr-00259-BLF-1 |

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Beth Labson Freeman
Name and Title of Judge

March 11, 2020
Date